IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW B. CRAMER,

    Plaintiff,                          No. CIV-S-99-1605 LKK GGH P

    vs.

CA. DEPT. OF CORRECTIONS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 23, 2003, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed October 23, 2003, are adopted in full;

2. Default judgment against defendant Lewis is not entered;

3. Defendant Lewis is dismissed; and

4. This action be terminated, and judgment be entered in favor of all defendants.

DATED: May 31, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/cram1605.801